# EXHIBIT A



- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- More



**jiajiajewelry** • Follow
Los Angeles, California

**jiajiajewelry** KHLOE KARDASHIAN wearing our classic Crystalline Crystal Quartz Diamond Necklace as an everyday staple. Good vibes always 💮💮💮

Edited • 2w

Liked by **dorisina** and **others**

MARCH 6

Add a comment…    Post



Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- More

**jiajiajewelry** • Follow
Los Angeles, California

**jiajiajewelry** KHLOE KARDASHIAN wearing our classic Crystalline Crystal Quartz Diamond Necklace as an everyday staple. Good vibes always 🌸🌸🌸

Edited • 2w

Liked by **dorisina** and **others**

MARCH 6

Add a comment...   Post



Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

More

jiajiajewelry • Follow
Los Angeles, California

jiajiajewelry KHLOE KARDASHIAN wearing our classic Crystalline Crystal Quartz Diamond Necklace as an everyday staple. Good vibes always 💠💠💠

Edited · 2w

Liked by dorisina and others
MARCH 6

Add a comment...    Post

More posts from jiajiajewelry